Hollister-Whitney Company, Appellee, v.
W. A. McCallum, Appellant.

Gen. No. 9,532.

opinion filed February 24, 1947; rehearing denied May 6, 1947; released for publication May 7, 1947. Baer, Davis & Witherell, for appellant; Emmons & Emmons and Wilson & Schmiedeskamp, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.